1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9   JPRA CORPORATION, *et al.*,
10                        Plaintiffs,
11        v.
12  ALBERTO R. GONZALES, *et al.*,
13                        Defendants.

No. C06-1781RSL

ORDER PLACING DOCUMENTS
UNDER SEAL

14  This matter comes before the Court *sua sponte*. On December 14, 2006, plaintiffs filed a

15  "Complaint for Declaratory Judgment" (Dkt. #1) that includes the names of minor children,

16  social security numbers, and dates of birth.

17  Pursuant to the General Order of the Court regarding Public Access to Electronic Case

18  Files (filed 5/29/03), parties are to redact the following information from documents and exhibits

19  before they are filed with the court:

20      * Dates of Birth - redact to the year of birth.

21      * Names of Minor Children - redact to the initials.

22      * Social Security Numbers - redact to the last four digits.

23      * Financial Accounting Information - redact to the last four digits.

24  The General Order was issued pursuant to the official policy on privacy adopted by the

25  Judicial Conference of the United States and can be found on the court's website at

26

ORDER PLACING DOCUMENTS
UNDER SEAL

1  http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must
2  comply with the Privacy Policy and the General Order.
3        On December 20, 2006, plaintiffs filed a redacted version of the "Complaint for
4  Declaratory Judgment" in accordance with the Court's May 29, 2003 General Order.  Dkt. #2
5  ("Amended Complaint for Declaratory Judgment").  Accordingly, the Clerk of Court is hereby
6  directed to seal Dkt. #1 in the above-captioned matter.  Plaintiffs' Amended Complaint (Dkt. #2)
7  is now the operative Federal Rule of Civil Procedure 7 complaint and therefore defendants shall
8  answer or otherwise respond to Dkt. #2.

10       DATED this 29th day of December, 2006.

                                                    /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER PLACING DOCUMENTS
UNDER SEAL                                       -2-